IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DANNY CARTER**                                                                                                  **PLAINTIFF**

v.                          Case No. 4:15-cv-00759 KGB

**UNITED OF OMAHA LIFE INSURANCE**
**COMPANY and STALEY, INC.**                                                              **DEFENDANTS**

## ORDER

Before this Court are stipulations for dismissal (Dkt. Nos. 8, 10). Plaintiff Danny Carter stipulated to the dismissal of Staley, Inc., representing to the Court that the appropriate defendant is United of Omaha Life Insurance Company (Dkt. No. 8). Thereafter, Mr. Carter and United of Omaha Life Insurance Company jointly stipulated that they have settled the case and request that this action be dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees. Therefore, the Court dismisses without prejudice Mr. Carter's claims against Staley, Inc., and dismisses with prejudice Mr. Carter's claims against United of Omaha Life Insurance Company.

It is so ordered this 10th day of May, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge